disbursements to respondent. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

In the Matter of the Application for the Appointment of a Testamentary Guardian of the Person and Estate of RUTH WAGNER, an Infant. CHARLES H. THIERIOT, Appellant.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

ARTHUR L. POHL, Respondent, v. THE BURDETTE-MURRAY COMPANY, Appellant.— Order modified by reducing attachment to the sum of $1,784.02, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

ANTON LARSEN, Respondent, v. GEORGE W. McELHINEY, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

WALTER W. IRWIN, Appellant, v. HARVEY H. HEVENOR, Respondent, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

BARNET LICKER, Appellant, v. FANNIE LICKER, Respondent.— Appeal dismissed, without costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

BARNET LICKER, Appellant, v. FANNIE LICKER, Respondent.— Order reversed and motion denied, with leave to defendant to renew motion to punish for contempt upon non-payment after demand of the reduced amount fixed by this court for alimony and counsel fee. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

BARNET LICKER, Appellant, v. FANNIE LICKER, Respondent.— Order modified by reducing alimony to $50 a week, and counsel fee to $350, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

OTTO MAIER, Appellant, v. HEDDEN IRON AND CONSTRUCTION COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

INTERNATIONAL BANKING CORPORATION, Respondent, v. MERCANTILE BANK AND TRUST COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

CARAVEL COMPANY, INC., Appellant, v. INTERNATIONAL HIGH SPEED STEEL COMPANY, Respondent.— Order reversed, with ten dollars costs and disbursements to date of making the application, on condition that plaintiff make and file a stipulation, if defendant so elects, permitting the use by defendant in the New Jersey action of the depositions already taken of defendant's officers in this action. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

CHARLES M. GRAY MARBLE AND SLATE COMPANY, Respondent, v.